RECEIVED
11 AUG 11 PM 2:25
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN JACKSON

# UNITED STATES DISTRICT COURT
JACKSON, TENN.,

John Robert Demos
_____
(Name of Plaintiff)

vs.

THE NATURAL RIGHTS CENTER
_____

_____

_____
(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. §1983 , 1984, 1985, 1986,
1987, 1988, 2000, 1982,

I. Previous Lawsuits:

   A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:

   xxx☒ Yes        ☐ No

   B. If your answer to A is yes, how many?: __100's__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff __John Robert Demos__
      THE WASHINGTON STATE PENITENTIARY-1313 NORTH 13th AVENUE
      WALLA WALLA, WASHINGTON. (99362)

      Defendants __PRESIDENTS RONAL REAGAN-RICHARD NIXON, GEORGE BUSH,
      JIMMY CARTER, BILL CLINTON, AND GERALD FORD;__

1

THE UNITED STATES DISTRICT COURT OF WASH, D.C.

2. Court (give names of District) _____

3. Docket Number: _____94-1056_____

4. Name of judge to whom case was assigned: __Judge-ROBINSON_____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)
   MY CASE WAS DISMISSED ON A TECHNICALITY:

6. Approximate date of filing lawsuit: __MARCH OF 1994_____

7. Approximate date of disposition: __DECEMBER OF 1994_____

II. Place of Present Confinement: __THE WASHINGTON STATE PENITENTIARY__

A. Is there a prisoner grievance procedure available at this institution? [X] Yes  [ ] No

B. Have you filed any grievances concerning the facts relating to this complaint?

[ ] Yes   XXX[ ] No

If your answer is NO, explain why not: _____
I WAS TOLD THAT MY ISSUES ARE NOT GRIEVEABLE:

C. Is the grievance process completed?   x[X] Yes   [ ] No

If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOULUTION for any grievance concerning facts relating to this case.

III. Parties to this Complaint

A. Name of Plaintiff: John Robert Demos    Inmate No: 287455
Address: THE WASHINGTON STATE PENITENTIARY-1313 NORTH 13th AVENUE-P.O. BOX 520 WALLA WALLA, WASHINGTON. (99362)

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: NATuRAl RiGHTs CeNTeR   Official Position: CHAiRMAN

Place of employment: _____

2

C. Additional defendants _____

_____

_____

_____

_____

_____

IV. Statement of Claim:

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates, places, and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

THE NAMED DEFENDANT IN THIS ACTION WAS UNDER A "STATE & FEDERAL" CONTRACT TO PERFORM A DUTY. THE NAMED DEFENDANT FAILED TO INTERVENE IN MY SITUATION AFTER BEING DULY NOTIFIED BY ME, THRU LETTERS, AND PHONE CALLS FROM MY FAMILY MEMBERS. HAD THE NAMED DEFENDANT PERFORMED THEIR DUTY WHICH WAS OWED TO ME, THE OUTCOME OF MY CRIMINAL TRIAL, IN WHICH I WAS SUBSEQUENTLY FOUND GUILTY WOULD MORE LIKELY THAN NOT HAVE BEEN DIFFERENT.
THE NAMED DEFENDANTS COULD HAVE USED THEIR POWER, PRESTIGUE, AND INFLUENCE TO SWAY THE OUTCOME OF THE CRIMINAL TRIAL IN MY FAVOR.
THE NAMED DEFENDANT CHOSE TO REMAIN SILENT, AND ON THE SIDELINES, INSTEAD OF ENGAGING THE ENEMY IN BATTLE.
THE NAMED DEFENDANT ROBBED THE PLAINTIFF OF HIS CONSTITUTIONAL RIGHT TO DUE PROCESS, AND EQUAL PROTECTION UNDER THE LAW.
THE NAMED DEFENDANT IS UNDER "CONTRACT" TO PROVIDE A SERVICE, IRREGARDLESS TO THE PERSON'S RACE, NATIONALITY, RELIGION, COLOR, CREED, OR ETHNIC PERSUASION. THE NAMED DEFENDANT DISCRIMINATED AGAINST THE PLAINTIFF ON ACCOUNT OF HIS RACE, AND ENGAGED IN "RACIAL PROFILING".
THE NAMED DEFENDANT ARBITRARILY, AND CAPRICIOUSLY VIOLATED THE 14th AMMENDMENT'S PROHIBITION AGAINST DISCRIMINATION, AND RACISM.
THE NAMED DEFENDANT VIOLATED THE 13th AMENDMENT PROHIBITION AGAINST SLAVERY. THE NAMED DEFENDANT VIOLATED THE BILL OF RIGHTS, WHICH GUARANTEE'S THE PLAINTIFF'S RIGHT TO BE FREE FROM INVIDIOUS, SELECTIVE, AND ARBITRARY DISCRIMINATION. THE NAMED DEFENDANTS IN THIS ACTION ARE GUILTY OF BREACH OF CONTRACT, AS THE UNITED STATES CONSTITUTION IS A CONTRACT.
THE NAMED DEFENDANTS IN THIS COMPLAINT ARE GUILTY OF "IMPAIRING THE OBLIGATIONS OF A CONTRACT IN DIRECT CONTRAVENTION OF THE 5th AMMENDMENT OF THE UNITED STATES CONSTITUTION. THE NAMED DEFENDANT IN THIS ACTION ACTED UNDER THE COLOR OF, THE AUTHORITY OF, AND THE OFFICE OF "FEDERAL" LAW, OR IN THE ALTERNATIVE UNDER THE COLOR OF STATE LAW. MY ISSUES ARE DEBATEABLE AMONGST JURISTS OF REASON. THE NAMED DEFENDANT EVEN IF LABELLED A PRIVATE ENTITY CAN STILL BE SUED UP UNDER 42 USC 1982, WHICH I ALSO INVOKE IN THIS MATTER:

3

V.     Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

I ASK THAT THE U.S. DISTRICT COURT DO THE FOLLOWING;

#1: AWARD ME DAMAGES, PUNITIVE, PROSPECTIVE, PROHIBITIVE, PERCUNIARY, ~~NOMINAL, DECLARATORY, SPECIAL, TREBLE, GENERAL, REMEDIAL, COMPEN~~SATORY, ACTUAL, STATUTORY, & CONSTITUTIONAL DAMAGES IN THE AMMOUNT OF $200.000.

#2: I ASK THAT THE COURTS APPOINT ME COUNSEL IN THIS MATTER, AS I AM TO POOR TO AFFORD ONE.

#3: I ASK THAT THE COURT APPOINT A JURY IN THIS MATTER.

#4: ~~I ASK THAT THE COURT GIVE THIS MATTER PRIORITY ON IT'S DOCKET.~~

#5: I ASK THAT THE COURT GRANT PLAINTIFF A WRIT OF AD TESTIFICANDUM IN THIS MATTER SO THAT HE MAY GIVE TESTIMONY IN OPEN COURT IN THIS MATTER:

#6: I ASK THAT THE COURT AWARD ME DAMAGES FOR BEING SUBJECTED TO AN ATYPICAL & SIGNIFICANT HARDSHIP".

#7: I ASK THAT THE COURT AWARD ME SERVICE OF PROCESS:

I declare under penalty of perjury that the forgoing is true and correct.

Signed this _____ day of __AUGUST_____, 2011_____.

*John R. Demos* (signature)

(Signature of Plaintiff)
John Robert Demos #287455

4